
**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MOUNTAIN VIEW NURSING, LLC;**
**ADCARE HEALTH SYSTEMS, INC.;**
**ADCARE ADMINISTRATIVE**
**SERVICES, LLC; ADCARE CONSULTING,**
**LLC; and ADCARE OPERATIONS, LLC** **PLAINTIFFS**

**vs.** **Case No.: 1:16-cv-00018-KGB**

**HELEN KING, AS ATTORNEY-IN-FACT**
**FOR LOIS LINVILLE** **DEFENDANT**

**ORDER**

Before the Court is the stipulation of dismissal jointly filed by the parties who have appeared in this proceeding (Dkt. No. 15). Those parties indicate that they have agreed to submit the action to binding arbitration and, therefore, request dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (*Id.*). The stipulation of dismissal satisfies the requirements of Rule 41(a)(1)(A)(ii). Therefore, the action is dismissed without prejudice.

It is so ordered this the 3rd day of April, 2017.

Kristine G. Baker
United States District Judge